UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-254-1

IN RE: :
: ORDER TO SEAL
:
SKEDCO, INC. :

Upon motion of the United States, it is hereby ORDERED that the Criminal Information, Deferred Prosecution Agreement with attachments, and the instant Motion to Seal in the above-captioned case be sealed by the Clerk from this date, or until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office.

This the 23rd day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE